The following case has been returned to the regular docket pursuant to S.Ct.Prac.R. XIV(6)(E):

2009–1268. State ex rel. Guy v. Indus. Comm.
Franklin App. No. 08AP–711, 2009-Ohio-2553.

## CASE ANNOUNCEMENTS

*November 3, 2009*

[Cite as *11/03/2009 Case Announcements #2,* 2009-Ohio-5776.]

## MOTION AND PROCEDURAL RULINGS